ROBERT E. HESS (SBN CA 178042)
rhess@maynardnexsen.com
MAYNARD NEXSEN LLP
10100 Santa Monica Blvd., Suite 550
Los Angeles, CA 90067
Telephone:  310-596-4500

Attorneys for Defendant
Unum Life Insurance Company of America

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| DAVID RADMILOVICH,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA; AND DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No. 8:22-cv-00181-DOC-KES<br><br>(Honorable David O. Carter,<br> Ctrm: 10A – Santa Ana)<br><br>**NOTICE OF LODGING OF DEFENDANT'S [PROPOSED] FINDINGS OF FACT AND CONCLUSIONS OF LAW**<br><br>Trial Date:  September 22, 2023<br>Time:  8:30 a.m.<br>Ctrm:  10-A Santa Ana<br><br>Complaint Filed:  February 3, 2022 |

　　　　Unum Life Insurance Company of America ("Unum") hereby lodges its proposed Findings of Fact and Conclusions of Law in the above-referenced case.

DATED:  August 7, 2023        MAYNARD NEXSEN LLP

By: */s/ Robert Hess*
ROBERT E. HESS
Attorneys for Defendant
Unum Life Insurance Company of America

# CERTIFICATE OF SERVICE

*David Radmilovich v. Unum Life Insurance Co. of America*

Case No. 8:22-cv-00181-DOC-KES

**COUNTY OF ORANGE, STATE OF CALIFORNIA**

I am a citizen of the United States and employed in San Francisco, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of 18 and not a party to the within actions. My business address is 10100 Santa Monica Blvd., Suite 550, Los Angeles, CA 90067.

On **August 7, 2023**, I served the document(s) entitled, **NOTICE OF LODGING**, on the interested parties in this action as stated below:

    Glenn R. Kantor
    KANTOR & KANTOR, LLP
    19839 Nordhoff Street
    Northridge, California 91324
    Telephone: 818-886-2525
    Facsimile: 818-350-6272
    Email: gkantor@kantorlaw.net

*Attorneys for Plaintiff, David Radmilovich*

☒ **(BY CM/ECF SERVICE)**: I caused such document(s) to be delivered electronically via CM/ECF as noted herein.

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on **August 7, 2023** at Los Angeles, California.

                                       */s/ Bernadette Morgan*
                                        Bernadette Morgan