Glenn R. Kantor – CA State Bar No. 122643
  Email: gkantor@kantorlaw.net
Sally M. Mermelstein – MN State Bar No. 0329411
  Email: smermelstein@kantorlaw.net
  *(Pro Hac Vice)*
Rhonda Harris Buckner – CA State Bar No. 165830
  Email: rharris@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff,
David Radmilovich

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID RADMILOVICH,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA; AND DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No. 8:22-cv-00181-DOC-KES<br><br>(Honorable David O. Carter)<br><br>**STIPULATION RE SUBMISSION OF PROPOSED JUDGMENT PURSUANT TO COURT'S ORDER OF 12-9-23**<br><br>Complaint Filed:　1/29/22 |

**TO THE HONORABLE DAVID O. CARTER AND HIS COURT CLERK:**

Pursuant to the Court's order of November 9, 2023, the parties, Plaintiff David Radmilovich and Defendant Unum Life Insurance Company of America, have agreed on the terms of a Proposed Judgment, which is submitted and attached hereto.

**IT IS SO STIPULATED.**

DATED: November 20, 2023                    MAYNARD NEXSEN LLP

                                            By:  */s/ Robert Hess*
                                                 ROBERT E. HESS
                                                 Attorneys for Plaintiff,
                                                 David Radmilovich

DATED: November 20, 2023                    KANTOR & KANTOR LLP

                                            By:  */s/ Glenn R. Kantor*
                                                 GLENN R. KANTOR
                                                 Attorneys for Plaintiff
                                                 David Radmilovich

*Filer's Attestation: Pursuant to Local Rule 5-4.3.4(a)(2)(i) regarding signatures, Glenn Kantor hereby attests that concurrence in the filing of this document and its content has been obtained by all signatories listed.*

DATED: November 20, 2023                    KANTOR & KANTOR LLP

                                            By:  */s/ Glenn R. Kantor*
                                                 GLENN R. KANTOR
                                                 Attorneys for Plaintiff
                                                 David Radmilovich