JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID RADMILOVICH,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA; AND DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. 8:22-cv-00181-DOC-KES<br><br>**JUDGMENT IN FAVOR OF DAVID RADMILOVICH** |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment is entered in favor of Plaintiff David Radmilovich ("Mr. Radmilovich") and against Defendant Unum Life Insurance Company of America. The Court finds, as set forth in its November 9, 2023, Findings of Fact, Conclusions of Law, and Trial Order, that Mr. Radmilovich is disabled from his "own occupation" pursuant to the terms of the Prudential Overall Supply Long-Term Disability Plan as of February 2020. As such, the Court overturns Unum's claims decisions denying plaintiff's LTD and LWOP claims for benefits for the balance of the policies' 24-month "own occupation" period

and remands the case back to Unum to decide in the first instance whether Mr. Radmilovich is entitled to benefits beyond 24 months under the "any occupation" standards of the LTD and LWOP policies and their respective definitions.

Pursuant to the Judgment of this Court, Plaintiff is awarded past-due long-term disability benefits from Unum for the period of February 15, 2020, through March 23, 2021, in the amount payable under the terms of the LTD policy, within 30 days from the date of judgment.

Plaintiff is further awarded prejudgment and post judgment interest at the rate of 3%. Interest on the past due benefits is also ordered to be paid within 30 days from the date of judgment.

The plaintiff is further entitled to request his costs of the suit as permitted by the Federal Rules of Civil Procedure. Plaintiff may submit his claim to the Clerk's office. As Plaintiff is the prevailing party, he is entitled to seek an award of attorneys' fee and costs not provided for in his bill of costs. The parties are directed to meet and confer on Plaintiff's asserted attorneys' fees and costs, and if not able to resolve the issue without Court intervention, Plaintiff is ordered to submit his Motion for Attorneys' Fees and Costs no later than 45 days from the entry of Judgment.

DATED: November 21, 2023

*David O. Carter*

Honorable David O. Carter
United States District Judge