UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| DAVID RADMILOVICH,<br><br>    Plaintiff,<br><br>vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>    Defendant. | CASE NO. 8:22-cv-00181-DOC-KES<br><br>**ORDER ON STIPULATION RE ATTORNEYS' FEES AND COSTS** |

**ORDER**

Pursuant to the parties Stipulation, and good cause appearing, it is hereby ordered that Defendant will pay Plaintiff's counsel, Kantor & Kantor LLP, a confidential sum, which has been agreed to by the parties, that sum to be paid via electronic transfer of funds ("EFT") within 10 days of this Order approving this stipulation, and that payment of said amount is in full satisfaction and discharge of any and all attorneys' fees asserted or assertable by Plaintiff against Defendant pertaining to and arising from the Lawsuit, including attorneys' fees for pre-litigation and filing of the claim appeal, for the post-judgment remand, for the negotiation of attorneys' fees

1 | and for Plaintiff's claim for "Any Occupation" LTD benefits through the date of entry of this
2 | Court's Order approving this stipulation.
3 |     Further, within two business days of receiving the confidential sum addressed in the
4 | preceding paragraph, Plaintiff's counsel, Kantor & Kantor LLP, shall file with the Court a notice
5 | and acknowledgment of receiving said sum, in full satisfaction of this stipulation.
6 |     IT IS SO ORDERED.
7 |
8 | DATED: July 1, 2024

*/s/ David O. Carter*
_____
HONORABLE DAVID O. CARTER
United States District Judge

ORDER ON STIPULATION RE ATTORNEYS' FEES AND COSTS